UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

MIGUEL LOPEZ, :
       Plaintiff, :
        :
    v. :   No. 5:21-cv-01862
        :
LANCASTER FARM FRESH ORGANICS, LLC; :
LANCASTER FARM FRESH CO-OPERATIVE, :
       Defendants. :

**O R D E R**

**AND NOW**, this 31ˢᵗ day of August, 2021, for the reasons set forth in the Opinion issued this date, **IT IS ORDERED THAT**:

    1.    The Motion to Dismiss, ECF No. 4, is **GRANTED**.

    2.    The Complaint, ECF No. 1, is **DISMISSED without prejudice**, and Plaintiff is given leave to file an amended complaint.

    3.    **Within twenty days of the date of this Order**, Plaintiff may, consistent with the Opinion, file an amended complaint.  If Plaintiff fails to timely file an amended complaint, this action will be dismissed with prejudice and closed.

BY THE COURT:


*/s/ Joseph F. Leeson, Jr.*
JOSEPH F. LEESON, JR.
United States District Judge